IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLEY ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT ACCEPTANCE, LLC<br><br>    Defendant. | Case No.: 1:13-CV-02043-SCJ |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

By consent of the Parties hereto, and the Court having reviewed the Joint Motion to Approve Settlement executed by the Parties, and being otherwise fully advised, it is therefore **ORDERED AND ADJUDGED** as follows:

1. The Court hereby approves the Settlement submitted by the Parties in this case; and

2. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** on this 11th day of June, 2014.

           s/Steve C. Jones
           Honorable Steve C. Jones
           UNITED STATES DISTRICT JUDGE